**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| DELOISE MCMURRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-CV-00117-JAR |
| | ) | |
| PLATINUM HEALTH SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon Plaintiff's notice advising the Court that the parties have reached a tentative settlement in this matter (Doc. 21),

**IT IS HEREBY ORDERED** that all case deadlines are **VACATED.**

**IT IS FURTHER ORDERED** that counsel shall file dismissal papers within sixty (60) days of the date of this Order.

Dated this 8th day of August 2023.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE