# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DELOISE MCMURRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23-CV-00117-JAR |
| ) | |
| PLATINUM HEALTH SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On August 8, 2023, the parties notified the Court that they achieved a tentative settlement. ECF No. 21. The same day, the Court vacated all case deadlines and instructed counsel to file dismissal papers within 60 days. ECF No. 22. That deadline has passed, and the parties have not filed any such papers with the Court.

Accordingly,

**IT IS HEREBY ORDERED** that no later than **Friday, December 22, 2023**, Plaintiff shall file dismissal papers or show cause why her claims should not be dismissed for failure to comply with the Court's August 8, 2023, Order.

Dated this 12th day of December 2023.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE